# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In re<br><br>ALANNA LYNN MILLER | Case No. 13-52135<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM # 5** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by JP Morgan Chase Bank, N.A. on 1/17/2014, and assigned as Claim number 5 has been satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 5 should cease at this time.

Dated: December 23 , 2014

Respectfully submitted,
Buckley Madole, P.C.

/s/ Craig A Edelman
Craig A Edelman
14841 Dallas Parkway, Suite 300
Dallas, TX 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for JP Morgan Chase Bank, N.A.

## CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

   I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 23 day of December, 2014 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
ALANNA LYNN MILLER
P.O. BOX 7373
BLOOMFIELD HILLS, MI 48302


**Debtors' Attorney**
DARRYL J. CHIMKO
26212 WOODWARD AVE
ROYAL OAK, MI 48067

**Chapter 13 Trustee**
DAVID WM RUSKIN
26555 EVERGREEN RD STE 1100
SOUTHFIELD, MI 48076

                /s/ Craig A Edelman
                Craig A Edelman